IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00270-AP

CATHERINE M. BROWN,

                Plaintiff,

      v.

MICHAEL J. ASTRUE,
 Commissioner of Social Security,

              Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

## 1. APPEARANCES OF COUNSEL AND PRO SE PARTIES

For Plaintiff:
Suzanne Villalon-Hinojosa
P.O. Box 850
Schertz, TX 78154
Telephone (800) 781-0302
Facsimile (877) 244-1153
email: Suzanne@texasdisabilityadvocates.com

For Defendant:
JOHN F. WALSH
United States Attorney

WILLIAM G. PHARO
Assistant United States Attorney
United States Attorney's Office
District of Colorado
William.Pharo@usdoj.gov

DAVID BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, CO 80202
Telephone (303) 844-1571
Facsimile (303) 844-0770
david.blower@ssa.gov

2.      **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:** February 1, 2012

      B.      **Date Complaint Was Served on U.S. Attorney's Office:** February 7, 2012

      C.      **Date Answer and Administrative Record Were Filed:** April 6, 2012

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises unusual claims or defenses.

7.      **OTHER MATTERS**

      There are no other matters anticipated.

8.      **BRIEFING SCHEDULE**

Counsel for both parties agree to the following proposed briefing schedule:

A.      **Plaintiffs Opening Brief Due:** June 5, 2012

B.      **Defendant's Response Brief Due:** July 5, 2012

C.      **Plaintiffs Reply Brief (If Any) Due:** July 20, 2012

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

A.      **Plaintiff's Statement:**  Plaintiff does not request oral argument.

B.      **Defendant's Statement:**   Defendant does not request oral argument

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

11.     **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

12.     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 18th day of April, 2012.

                                BY THE COURT:


                                _s/John L. Kane_____
                                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Suzanne Villalon-Hinojosa<br>P.O. Box 850<br>Schertz, TX 78154<br>Telephone (800) 781-0302<br>Facsimile (877) 244-1153<br>email:Suzanne@texasdisabilityadvocates.com<br>Attorney for Plaintiff | JOHN F. WALSH<br>United States Attorney<br>WILLIAM G. PHARO<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br>William.Pharo@usdoj.gov<br><br>By: s/David Blower<br>David Blower<br>Special Assistant United States Attorney<br>1001 Seventeenth Street<br>Denver, Colorado  80202<br>Telephone:  (303) 844-1571<br>Facsimile: (303) 844-0770<br>david.blower@ssa.gov<br>Attorneys for Defendant. |